UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| NGA WEAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07-cv-107-SEB-WGH |
| vs. ) | |
| ) | |
| TROOPER JESSE COMBS, and TROOPER ) | |
| TAMI WATSON, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

The Court, having issued its Order Granting Defendants' Motion for Summary Judgment, now, pursuant to Fed. R. Civ. P. 58(a), enters judgment in favor of Defendants, Jesse Combs and Tami Watson, and against Plaintiff, Nga Weaver.  Each side shall bear its own costs.

IT IS SO ORDERED.

Date: __04/21/2009__

_signature_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Daniel M. Alvarez
DANIEL M. ALVAREZ, PLLC
dmalvarez01@me.com

Donald G. Banta
INDIANA OFFICE OF THE ATTORNEY GENERAL
donald.banta@atg.in.gov

Lawrence E. Barbiere
SCHROEDER MAUNDRELL BARBIERE & POWERS
lbarbiere@smbplaw.com

Jay D. Patton
SCHROEDER MAUNDRELL BARBIERE POWERS
patton@smbplaw.com

John Thomas Roy
TRAVELERS STAFF COUNSEL OFFICE
jroy@travelers.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov